USCA1 Opinion

 

 [NOT FOR PUBLICATION] United States Court of Appeals For the First Circuit ____________________ No. 96-1442 ZOLTON A. PHILLIPS, Petitioner, Appellant, v. UNITED STATES OF AMERICA, Respondent, Appellee. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. William G. Young, U.S. District Judge] ___________________ ____________________ Before Torruella, Chief Judge, ___________ Cyr and Stahl, Circuit Judges. ______________ ____________________ Zolton A. Phillips on brief pro se. __________________ Donald K. Stern, United States Attorney, Mark D. Seltzer, _________________ __________________ Director, New England Bank Fraud Task Force, Anita S. Lichtblau and ___________________ Paul M. Glickman, Trial Attorneys, Criminal Division, U.S. Department ________________ of Justice, on brief for appellee. ____________________ October 17, 1996 ____________________ Per Curiam. We agree with the reasoning of the __________ district court and affirm the dismissal of appellant's 2255 petition basically for the reasons stated by the district court in its March 18, 1996 opinion. We deny the government's motion to strike portions of appellant's reply brief because considering the allegedly new material would not change our decision. Affirmed. Loc. R. 27.1. ________ -2-